UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TEKLEMARIAM HAGOS., <br><br> Plaintiff, <br><br> v. <br><br> CORRECTIONS OFFICER PECK, et al., <br><br> Defendants. | Case No. 2:19-cv-001499-RSM <br><br> **REPORT AND RECOMMENDATION** |

On September 19, 2019, plaintiff Daniel Teklemariam Hagos, submitted a *pro se*, prisoner civil rights complaint without paying the filing fee or applying to proceed *in forma pauperis* ("IFP"). Dkt. 1. By letter dated September 19, 2019, the Clerk informed plaintiff he must either pay the filing fee or submit an IFP application and the failure to do so by October 21, 2019 may result in dismissal of the case. Dkt. 3. On October 3, 2019, plaintiff submitted an IFP application. Dkt. 5. The Clerk sent plaintiff a letter on October 4, 2019 informing him the IFP application was still deficient. Dkt. 6. The Clerk informed plaintiff he must submit a certified copy of his prison trust account showing transactions for the last six months by November 4, 2019, or the case may be dismissed. *Id.*

Plaintiff has not responded to the Clerk's letter to cure the deficiencies in his IFP application. The Court thus recommends **(1)** plaintiff's application to proceed IFP be denied; **(2)**

REPORT AND RECOMMENDATION - 1

plaintiff either pay the $400.00 filing fee or submit a sufficient IFP application by **November 19, 2019**; and **(3)** if he fails to pay the fee or submit a sufficient application by this date the case be dismissed without prejudice.

A proposed order is attached. Objections, if any, to this Report and Recommendation must be filed no later than **November 19, 2019,** and the clerk shall note the matter ready for the Court's consideration on **November 22, 2019**. Objections shall not exceed five (5) pages. The failure to timely object may affect the right to appeal. The Clerk shall send a copy of this Order to plaintiff.

DATED this 5th day of November, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2