UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL TEKLEMARIAM HAGOS,

        Plaintiff,

   v.

CORRECTIONS OFFICER PECK, et al.,

        Defendants.

Case No. C19-1499 RSM

**ORDER DISMISSING THE CASE WITHOUT PREJUDICE**

The Court, having reviewed the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, **ORDERS**:

   (1)    The Court adopts the Report and Recommendation.

   (2)    The complaint is DISMISSED WITHOUT PREJUDICE.

   (4)    The Clerk shall provide a copy of this Order to plaintiff.

DATED this 22nd day of November 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING THE CASE WITHOUT PREJUDICE - 1